U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

APR 1 0 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| SEAN McCOY | CIVIL ACTION NO. 06-2292 |
| versus | JUDGE WALTER |
| DELMARCUS WADE, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss (Doc. 7) is **granted** by **dismissing** all federal claims for failure to state a claim upon which relief can be granted and, pursuant to 28 U. S. C. § 1367(c)(3), **dismissing without prejudice** any state law claims presented by the complaint.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 10 day of April, 2007.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE